**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN LEE BLACK,
ADC #145623                                                                                          PLAINTIFF

v.                                          5:13CV00321-BSM-JTK

ARKANSAS COUNTY JAIL, et al.                                                      DEFENDANTS

**ORDER**

By Order dated October 18, 2013 (Doc. No. 3), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 4). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendant Robbie Fred. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Robbie Fred. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 4) and summons on Defendant without prepayment of fees and costs or security therefore.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

IT IS SO ORDERED this 7th day of November, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE