IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN LEE BLACK					PLAINTIFF
ADC #145623

v.				CASE NO. 5:13CV00321 BSM

ARKANSAS COUNTY JAIL et al.				DEFENDANTS

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed and no objections have been received. After review, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED that defendant Arkansas County Jail is DISMISSED from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 26th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE