**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN LEE BLACK,                                                                          PLAINTIFF
ADC #145623

v.                                              5:13CV00321-JTK

ARKANSAS COUNTY JAIL, et al.                                                 DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief

sought is denied.

IT IS SO ADJUDGED this 17th day of March, 2014.

_____
       JEROME T. KEARNEY
       UNITED STATES MAGISTRATE JUDGE